*Leah Hawley,* assistant state's attorney, in opposition.

Decided May 12, 1994

STATE OF CONNECTICUT *v.* ERIC ASH

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 782 (AC 11438), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a misstatement of the law on the duty to retreat imposed by General Statutes § 53a-19 (b) contained in the trial court's jury instruction was harmless beyond a reasonable doubt?"

The Supreme Court docket number is SC 14929.

*Ramona S. Carlow,* special public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided May 12, 1994